FILED
ASHEVILLE, N.C.

OCT - 8 2008

U.S. DISTRICT COURT
W. DIST. OF N.C.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:08CR_112_ |
| | ) | |
| vs. | ) | |
| | ) | **ORDER TO SEAL** |
| 1) HARRY LEE CARPER | ) | |
| 2) MICHAEL JAMES HANNIGAN | ) | |
| 3) JOSEPH ROBERT LAIRD | ) | |
| 4) ROSE MARIE SCHILLING | ) | |
| a/k/a Rose Marie Baroody | ) | |

Upon motion of the United States Attorney, it is hereby ORDERED, ADJUDGED AND DECREED that the above referenced Bill of Indictment, Warrants and the Motion to Seal the Bill of Indictment be sealed until the defendants have been arrested.

This the _8th_ day of October, 2008.

_____
DENNIS L. HOWELL
UNITED STATES MAGISTRATE JUDGE