UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:08CR112

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **HARRY LEE CARPER, et. al.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

This matter is before the Court on the Government's "Motion to Unseal Indictment" (document # 18) in the above case, filed on October 30, 2008. The Motion is hereby **GRANTED**.

**SO ORDERED.**

Signed: November 6, 2008

Carl Horn, III
United States Magistrate Judge